GENERAL COURT, OCTOBER TERM, 1801.

Oct. 1801.

Whetcroft
vs.
Dorsey.

WHETCROFT's Adm'r. *vs.* DORSEY's Ex'rs.

If in debt on judgment, the record of the judgment agrees with the declaration, it is sufficient, on a plea of nul tiel record, though by the book of costs it appears that in the said judgment there has been a mistake in the amount of costs for which the judgment was rendered.

DEBT upon a judgment obtained in this court for damages and costs. The defendants relied upon the plea of *nul tiel record.* The record book, in which the judgment is recorded, and upon which this action is founded, was brought into court, and it appeared that the judgment therein entered was for the precise amount of damages and costs as mentioned in the declaration in this cause. But by the book of costs also produced, in which the taxation of the particulars of the costs was made, it appeared, that in the addition thereof there was a mistake of a dollar less than the true amount. In the docket entry of the action and judgment, the amount of the costs is the same as mentioned in the record of the judgment, and as declared for by the plaintiff.

*Key* and *Shaaff,* for the Plaintiff.

*Martin,* (Attorney General,) *Ridgely, Mason* and *W. Dorsey,* for the Defendants.

For the plaintiff it was contended,

1. That if the error was material, and could have been amended on a motion to the court at which the judgment was rendered, it was now too late for the defendants to take advantage of it, since the judgment, as actually rendered, agreed with the one declared on. But that as the error was beneficial to the defendants, they could not have had it amended. For which were cited, 1 *L. Raym.* 594. 5 *Com. Dig.* 301. *Cro. Car.* 437; and 1 *Vent.* 60.

2. That if the error was a material one the plaintiff could amend his writ and declaration, not under the act of assembly, but under the English statutes, 14 *Edwd. III. ch.* 6. 8 *Hen. VI. ch.* 12, and *ch.* 15. For which were cited, 1 *Bac. Ab.* 90, 96. 1 *Com. Dig.* 337. 8 *Co.* 156. *Gilb. His. Com. Pleas,* 86, 94; and the following cases in the late provincial court, and in this court, *Rasin vs. Ricketts,* April term 1770; *Reint-*

*zell vs. Neal*, October term 1793, and *Cawood vs. Green*, October term 1794. That it was not too late to amend after *nul tiel* record pleaded, cited 1 *Bac. Ab.* 107, 108. 2 *Stra.* 846, 954, and *Ld. Raym.* 669.

THE GENERAL COURT determined that there was a sufficient record of the judgment declared upon, and directed the judgment to be entered for the debt demanded, together with damages, (being the interest,) and costs.

The defendants appealed to the Court of Appeals, but at November term 1803, they dismissed their appeal.